**LOUISVILLE & NASHVILLE RAILROAD CO., Appellant, v. Inez B. CRANDALL, Administratrix, etc.**

No. 9785.

Circuit Court of Appeals, Eighth Circuit.

July 19, 1933.

Harold R. Small, of St. Louis, Mo., for appellant.

Charles P. Noell, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, pursuant to stipulation of parties.

**Ruth L. McMILLEN, Executrix, v. R. O. NICHOLSON et al.**

No. 769.

Circuit Court of Appeals, Tenth Circuit.

July 26, 1933.

Douglas Hudson, of Fort Scott, Kan., for appellant.

Sheridan & Sheridan, of Paola, Kan., for appellees.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

**MANCHESTER AUTO & MACHINE COMPANY, Appellant, v. Elmer J. BOOS and Harmar D. Denny, Jr., Ancillary Receivers of Interstate Transit Company, Appellees.**

No. 5113.

Circuit Court of Appeals, Third Circuit.

Aug. 24, 1933.

Frederic W. Miller, of Pittsburgh, Pa., for appellant.

Wm. H. Eckert, Barton Grubbs, II, and Smith, Buchanan, Scott & Gordon, all of Pittsburgh, Pa., and John R. Bullock and Taft, Stettinius & Hollister, all of Cincinnati, Ohio, for appellees.

Before BUFFINGTON and DAVIS, Circuit Judges, and DICKINSON, District Judge.

PER CURIAM.

The underlying question in this bankruptcy case is whether the landlord resumed possession and occupancy of the leased premises which the receiver in bankruptcy sought to surrender. The court found such was the case. 4 F. Supp. 485. A study of the proofs brings us to the same conclusion. We therefore affirm the decree entered below.

**Abraham MICHAELS v. UNITED STATES of America.**

No. 824.

Circuit Court of Appeals, Tenth Circuit.

May 11, 1933.

Clarence R. Sowers, of Wichita, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.